UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. CR09-016-JCC
)
    Plaintiff, )
)
    v. )
) DETENTION ORDER
TAMMY ZOROTOVICH, )
)
    Defendant. )
_____ )

Offense charged:    Conspiracy to Distribute Cocaine; Conspiracy to Distribute Heroin

Date of Detention Hearing:    January 23, 2009

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant's criminal record includes failures to appear and bench warrant activity. She has a prior conviction for Bail Jumping. Her residential history is unstable, and she has a history of substance abuse.

3. Defendant does not contest detention.

4. Defendant poses a risk of nonappearance due to previous failures to appear, a prior conviction for Bail Jumping, lack of employment, unstable residential history, and her status as an extensive user of controlled substances. Some of her background information is unverified. She poses a risk of danger based on criminal history and controlled substance use.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of January, 2009.

Mary Alice Theiler
United States Magistrate Judge